IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK BRETT, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | |
| LAURA SAMPSON, et al., | : | NO. 17-5017 |
|     Defendants. | : | |

FILED NOV 27 2017 KATE BARKMAN, Clerk By \_\_\_\_ Dep. Clerk

## ORDER

AND NOW, this 27th day of November, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis*, his *pro se* complaint, and his motion to file this case under seal, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice in accordance with the Court's memorandum.

3. The motion to file this case under seal is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
PETRESE B. TUCKER, J.